IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| CHRISTOPHER H. LOEFFLER, | § | CIVIL ACTION NO. H-06-2216 |
| | § | |
| Debtor, | § | |
| | § | |

## ORDER DISMISSING CASE

In bankruptcy case No. 06-325-86-H3-13, the debtor, Christopher H. Loeffler filed a motion for relief from the requirement under 11 U.S.C. § 109(h) that he attend credit counseling and pay advices. Loeffler has also challenged the objectivity of the bankruptcy judge. The bankruptcy court filed a Report and Recommendation recommending that this court withdraw the reference. In the Report and Recommendation, the bankruptcy court noted that Loeffler had filed three other bankruptcy cases in this district in 2004 and 2005, all of which were dismissed, and in each of which the debtor had resisted filing necessary documents. Before this court could consider the Report and Recommendation, the bankruptcy court dismissed the case, making the request for the withdrawal of the reference moot. This case is closed.

SIGNED on July 31, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge